UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES SZWARZ, individually and as a
Representative of the proposed Rule 23 Class,

CASE NO: 6:16-cv-01623-GAP-TBS

vs.

ROTECH HEALTHCARE, INC., a/k/a
Sleep Central,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT AND CANCELLATION

PLEASE TAKE NOTICE that the Parties in the above styled action have reached an agreement for settlement and are in process of finalizing the settlement agreement.

Respectfully submitted by:

/s/ Patrick C. Crotty
**PATRICK C. CROTTY, ESQ.**
Florida Bar No.: 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, Florida 33019
Phone: (954) 589-0588
Fax: (954) 337-0666
Patrick@scottdowens.com
COUNSEL FOR PLAINTIFF
AND THE PROPOSED CLASS

/s/ Alexander H. Burke
**ALEXANDER H. BURKE, ESQ.**
Illinois Bar No.: 6281095
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Phone: (312) 729-5288
Fax: (312) 729-5289
ABurke@BurkeLawLLC.com
COUNSEL FOR PLAINTIFF
AND THE PROPOSED CLASS
*Admitted Pro Hac Vice*

/s/ Anana P. Prakash
**ANNA P. PRAKASH, ESQ.**
Minnesota Bar No.: 0351362
NICHOLS KASTER, PLLP
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
aprakash@nka.com
COUNSEL FOR PLAINTIFF
AND THE PROPOSED CLASS
*Admitted Pro Hac Vice*

/s/ Eleanor E. Frish
**ELEANOR E. FRISH, ESQ.**
Minnesota Bar No.: 0397776
NICHOLS KASTER, PLLP
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
aprakash@nka.com
COUNSEL FOR PLAINTIFF
AND THE PROPOSED CLASS
*Admitted Pro Hac Vice*

/s/ Dale T. Golden
**DALE T. GOLDEN, ESQ.**
Florida Bar No.: 0094080
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
Email: dgolden@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080